NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARTIS PYE,                          )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D17-4185
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____)

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Linda H. Babb, Judge.

Artis Pye, pro se.

PER CURIAM.

          Affirmed.

NORTHCUTT, MORRIS, and SALARIO, JJ., Concur.